# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**CARLETUS ADAMS**
**ADC # 151828**                                                                                   **PLAINTIFF**

V.                                              No. 2:12-cv-00153 KGB

**EAST ARKANSAS REGIONAL UNIT, et al.**                                     **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Adams's objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.[1]

Mr. Adams's claims are dismissed without prejudice. This dismissal will count as a "strike" for purposes of 28 U.S.C. § 1915(g). Mr. Adams's pending motion to amend and motion for jury trial (Dkt. Nos. 6 and 7) are denied as moot. In addition, the Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

SO ORDERED this 5th day of October, 2012.

_____
Kristine G. Baker
United States District Judge

---

[1] In his objection, Mr. Adams states that a reduction in his classification level "kep[t] him from making parole . . . ." As Judge Deere correctly noted, Mr. Adams does not have a liberty interest in a particular classification. He does not have a liberty interest in the possibility of parole either. *Persechini v. Callaway*, 651 F.3d 802, 808 (8th Cir. 2011).