**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**CARLETUS ADAMS
ADC # 151828**                                                                              **PLAINTIFF**

**V.**                                    **No. 2:12-cv-00153 KGB**

**EAST ARKANSAS REGIONAL UNIT, et al.**                              **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

SO ORDERED this 5th day of October, 2012.

_____
Kristine G. Baker
United States District Judge